THE PEOPLE OF THE STATE OF NEW YORK v. SALEEN A. HATEM.— Motion to dismiss appeal denied and appellant's time within which to bring on the appeal for argument extended to and including May 14, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

PAULINE GOLDBERG v. ROSBRO REALTY CORPORATION.— Motion granted so far as to dispense with the filing of a bond, and appellant's time within which to serve and file the record on appeal and appellant's points extended to and including May 12, 1931, with notice of argument for May 27, 1931, and the appeal be argued or submitted on that day. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

SAMUEL A. TELSEY v. CALVIN MORRIS CORPORATION and Others.— The trial having been adjourned until May twenty-second, motion for a stay is denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

EDWARD W. ANKER v. FRANCES DANK and ABRAHAM DANK.— Motion granted on condition that appeal be brought on for argument on May 15, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK on the Complaint of ABRAHAM FEINBERG v. DAVID S. THOMAS.— Preference granted for May 12, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

I. NEWTON BROZAN v. GUS K. WORMS and Others.— Stay granted upon condition that defendants file a bond within five days to protect plaintiff in the event of success plus costs. Otherwise stay denied. Amount of bond to be fixed in order. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

HARLEM CHURCH OF THE SEVENTH DAY ADVENTISTS v. THE GREATER NEW YORK CORPORATION OF SEVENTH DAY ADVENTISTS and Another.— Motion granted and the condition contained in the order to show cause dated April 21, 1931, vacated. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of GEORGE E. REYNOLDS, an Attorney.— Motion granted. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

BANK OF MANHATTAN TRUST COMPANY v. EMIL HEIMAN.— Motion denied, with ten dollars costs, and stay vacated. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

FOREIGN TRADE SECURITIES COMPANY v. MAX WINKELMAN.— Motion granted. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THEA ISAAC v. BANK OF UNITED STATES and Another.— Preference granted for May 28, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK on the Complaint of WILLIAM STROSAHL v. CROSS & BROWN COMPANY.— Preference granted for May 27, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

MODERN SECURITY COMPANY OF PHILADELPHIA v. EMALINE THWAITES, Impleaded with HARLEM MORTGAGE CORPORATION and Another.— Motion granted so far as to permit the applicants to file a brief as amicus curiæ. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

EDWARD J. BURNS, as Administrator, etc., of WILLIAM A. BURNS, Deceased, v. THE CITY OF NEW YORK.— Preference granted for May 28, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

MARY COOPER, as Administratrix, etc., v. THE CITY OF NEW YORK.— Prefer-